UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MARSHALL THOMAS COBB, SR.,      )
                                )
                 Petitioner,    )
                                )
v.                              )      No. 1:09-cv-1318-SEB-DML
                                )
ALAN FINNAN,                    )
                                )
                 Respondent.    )

**E N T R Y**

This is an action in which Mr. Cobb, a state prisoner, seeks habeas corpus relief with respect to his 2003 convictions in an Indiana state court for child molesting and rape.

The petitioner's motion for appointment of counsel (dkt 24) has been considered. The Sixth Amendment right to counsel does not apply in *habeas corpus* actions. *Coleman v. Thompson*, 501 U.S. 722, 755, 111 S. Ct. 2546, 2568 (1991). However, a district court does have the authority to appoint counsel to represent a habeas petitioner whenever it "determines that the interests of justice so require. . . ." 18 U.S.C. § 3006A(a)(2)(B). Whether to appoint counsel is committed to the discretion of the trial court. *United States v. Evans*, 51 F.3d 287 (10th Cir. 1995). Factors which the court may consider include: (1) whether the merits of the indigent's claim are colorable; (2) ability of the indigent to investigate crucial facts; (3) whether the nature of the evidence indicates that the truth will more likely be exposed where both sides are represented by counsel; (4) capability of the indigent to present his case; and (5) complexity of the legal issues raised by the complaint. *Wilson v. Duckworth,* 716 F.2d 415, 418 (7th Cir. 1983).

Application of the foregoing factors in this case indicates that the petitioner's claims are not particularly complex, that there is no likelihood that an evidentiary hearing will be necessary, that no discovery or other investigation will be required, that due allowance to the petitioner's *pro se* status will be made and that the petitioner has at least thus far demonstrated capability to express and present his claims. In addition, the petitioner has the means (writing materials, etc.) to continue to present his claims in this action, the

petitioner is literate and seems fully aware of the proceedings involving his conviction and sentence in the Indiana state courts. These are not circumstances in which it is in the interest of justice to appoint counsel for the petitioner, and for this reason his motion for appointment of counsel (dkt 24) is **denied.**

**IT IS SO ORDERED.**

Date:  03/05/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Marshall Thomas Cobb, Sr.
#129571
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

kelly.miklos@atg.in.gov